IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DARNELL RUSHING,**                                                                              **PETITIONER**
**ADC # 80025**

**v.**                              **Case No. 5:13-cv-00306-KGB**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                              **RESPONDENT**

## ORDER

In accordance with the Court's Order entered on this date, it is considered, ordered, and adjudged, that this case is dismissed without prejudice.

SO ORDERED this the 25th day of July, 2014.

_____
Kristine G. Baker
United States District Judge